UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHANE BROCK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-1883** |
| **GLOBAL DIVING & SALVAGE, INC., ABC INSURANCE, SUPERIOR ENERGY SERVICES, INC., XYZ INSURANCE, WILD WELL CONTROL, INC. AND DEF INSURANCE** | **JUDGE MARY ANN VIAL LEMMON**<br><br>**MAGISTRATE DANIEL E. KNOWLES III** |

### ORDER

Considering the above and foregoing;

**IT IS HEREBY ORDERED** that the above referenced matter is dismissed with prejudice.

New Orleans, Louisiana, this __6th__ day of __September__, 2012.

_____